# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE,
## WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| Ronnie L. Alexander, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:12 CV02317JPM-cgc |
| | ) |
| ABRA Tennessee, Inc. | ) |
| d/b/a/ ABRA Auto Body and Glass, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)**

Plaintiff, Ronnie L. Alexander (hereinafter "Alexander") and Defendant, ABRA Tennessee, Inc., d/b/a/ ABRA Auto Body and Glass (hereinafter "ABRA"), through their respective counsel, hereby move jointly pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure for the dismissal with prejudice of the captioned litigation and complaint. ABRA shall bear taxable costs if any.

Respectfully submitted this 30th day of May, 2013.

| | |
|---|---|
| By: s/Paul Forrest Craig | By: s/Odell Horton, Jr. |
| Paul Forrest Craig, BPR#18359 | Odell Horton, Jr. (TN BPR #12426) |
| The Law Office of Craig & Lofton, P.C. | Wyatt, Tarrant & Combs, LLP |
| 100 North Main Street, Suite 923 | 1715 Aaron Brenner Drive, Suite 800 |
| Memphis, TN 38103 | Memphis, Tennessee 38120-4367 |
| Telephone: (901)526-7837 | Telephone (901) 537-1000 |
| FAX: (901)526-0234 | FAX: (901) 537-1010 |
| E-MAIL: pfcraig@bellsouth.net | E-MAIL: ohorton@wyattfirm.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

60270323.1
5/30/2013