```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```
_____

|                                    |   |                       |
|------------------------------------|---|-----------------------|
| RONNIE L. ALEXANDER,               | ) |                       |
|                                    | ) |                       |
|     Plaintiff, | ) |                       |
|                                    | ) |                       |
| v.                                 | ) | 2:12-cv-02317-JPM-cgc |
|                                    | ) |                       |
| ABRA TENNESSEE, INC., d/b/a        | ) |                       |
| ABRA AUTO BODY AND GLASS,          | ) |                       |
|                                    | ) |                       |
|     Defendant. | ) |                       |

_____

## JUDGMENT
_____

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulated Motion for Dismissal (ECF No. 18), filed May 30, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Motion for Dismissal, all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE with ABRA Tennessee, Inc., responsible for any taxable costs.

APPROVED:


s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

May 31, 2013
Date